IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRAD HARE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:04-cv-3128-JEO |
| | ) | |
| THE BURLINGTON NORTHERN & | ) | |
| SANTA FE RAILWAY COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The above-styled action is before the court on the Joint Stipulation of Dismissal with prejudice filed by the parties. Upon consideration of the matters presented in the Motion, and for good cause shown, it is **ORDERED** that the plaintiff's claims against the defendant in the above-styled action are hereby **DISMISSED WITH PREJUDICE**, with cost taxed as paid.

**DONE and ORDERED** this 6th day of October, 2005.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE